UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:13-mj-00273 |
| ) | |
| v. ) | Honorable Timothy P. Greeley |
| ) | |
| THOMAS HORRIGAN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**REPORT AND RECOMMENDATION**

This matter is before the court on the Government's Motion to Dismiss (Dkt. 61). The Defendant having no objection, the undersigned recommends that the motion be granted and this matter dismissed without prejudice.

Date: January 21, 2016          /s/ Timothy P. Greeley
                                TIMOTHY P. GREELEY
                                United States Magistrate Judge

**NOTICE TO PARTIES**

You have the right to review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than 14 days after the filing of this Report and Recommendation.