UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  Case No. 1:13-mj-273
HON. R. ALLAN EDGAR

THOMAS HORRIGAN,
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has before it Magistrate Judge Timothy P. Greeley's Report and Recommendation ("R&R") dated January 21, 2016 (ECF No. 67), which recommended that the government's motion to dismiss (ECF No. 61) be granted. Defendant has not objected to the Report and Recommendation, therefore,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation is APPROVED AND ADOPTED as the Opinion of this Court. This case is hereby dismissed without prejudice.

SO ORDERED.

Dated:  2/26/2016

 /s/ R. Allan Edgar
R. ALLAN EDGAR
UNITED STATES DISTRICT JUDGE